1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6
7
8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | 2:25-CV-02320 AC
12 |            Plaintiff,              |
13 |      v.                            | ORDER FOR PUBLICATION
14 | APPROXIMATELY $879,643.00 IN       |
   | U.S. CURRENCY, AND                 |
15 |                                    |
   | ASSORTED MONEY ORDERS VALUED       |
16 | AT $6,000.00 IN U.S. CURRENCY,     |
17 |            Defendants.             |
18

19       Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED,
20 AND DECREED as follows:
21       1.    That publication be made as follows:
22             a.    One publication;
23             b.    Thirty (30) consecutive days;
24             c.    On the official internet government forfeiture site www.forfeiture.gov;
25             d.    The publication is to include the following:
26                   (1)   The Court and case number of the action;
27                   (2)   The date of the seizure/posting;
28
                                        1
                                                                              Order for Publication

(3) The identity and/or description of the property seized/posted;

(4) The name and address of the attorney for the United States;

(5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

SO ORDERED this 18th day of August, 2025.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE