ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CV-02320-TLN-AC |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $879,643.00 IN U.S. CURRENCY, AND | |
| ASSORTED MONEY ORDERS VALUED AT $6,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil action *in rem* against defendants Approximately $879,643.00 in U.S. Currency and Assorted Money Orders valued at $6,000.00 in U.S. Currency (hereafter "defendant assets") seized on or about October 1, 2020.

2. A Verified Complaint for Forfeiture *In Rem* was filed on August 14, 2025 (hereafter "Complaint"). The Complaint alleged that the defendant assets are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On September 5, 2025, the Clerk issued a Warrant for Arrest for the defendant assets, and that warrant was executed on October 3, 2025.

4. Beginning on August 21, 2025, the United States published Notice of the Forfeiture

Final Judgment of Forfeiture

Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October 8, 2025.

5.  In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.  Maria Gonzalez Sanchez
    b.  Jose Luis Mendoza Castillo.

6.  No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.  On August 12, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo agreed to forfeit all of their right, title, and interest in a portion of the defendant $879,643.00 in U.S. Currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  That judgment is hereby entered against potential claimants Maria Gonzalez Sanchez, Jose Luis Mendoza Castillo, and all other potential claimants who have not filed claims in this action.

2.  Upon entry of this Final Judgment of Forfeiture, $710,643.00 of the Approximately $879,643.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3.  Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $169,000.00 of the Approximately $879,643.00 in U.S. Currency and the Assorted Money Orders valued at $6,000.00 in U.S. Currency shall be returned to potential claimants Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo through their attorneys Kenneth Rosenfeld and Allen N. Sawyer.

4.  The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant assets. This is a full and final release

applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Maria Gonzalez Sanchez and Jose Luis Mendoza Castillo waived the provisions of California Civil Code § 1542.

       5.       All parties are to bear their own costs and attorneys' fees.

       6.       The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: November 6, 2025

_____
Troy L. Nunley
Chief United States District Judge